

Jesus Gutierrez-Rios
# 03782-046
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City MS 39194

Legal Mail

Clerk of The Court
United States District Court
501 E Court Street, Ste 2.500
Jackson Mississippi 39201

RECEIVED APR 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

9589 0710 5270 2065 8936 48
CERTIFIED MAIL

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED ON 4.17.25 THROUGH SPECIAL MAILING PROCEDURES.

The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.