UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF ASSIGNMENT**

Date case was filed: **4-18-2025**

Your case against United States of America (Warden Childress) has been assigned

Civil Action No. **3:25-cv-277-CWR-ASH** and has been referred to the following Judges:

*District Judge*

- ☐ Henry T. Wingate
- ☐ Daniel P. Jordan III
- ☐ Sul Ozerden
- ☒ Carlton W. Reeves
- ☐ Kristi H. Johnson
- ☐ Taylor B. McNeel
- ☐ David Bramlette, III (Senior Judge)
- ☐ Tom S. Lee (Senior Judge)
- ☐ Louis Guirola, Jr. (Senior Judge)
- ☐ Keith Starrett (Senior Judge)

*Magistrate Judge*

- ☐ Michael T. Parker
- ☐ LaKeysha Greer Isaac
- ☒ Andrew S. Harris
- ☐ Robert P. Myers, Jr.
- ☐ Bradley W. Rath

*Division*

**Clerk's Office, Northern Division
United States District Court
Thad Cochran United States Courthouse
501 East Court Street, Suite 2.500
Jackson, Mississippi 39201**

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope. If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>: When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP

*Rev. 03/2024*